# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BIFFANY, LISA D.                                 Case No. 08-11038
_____,    Chapter   7
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $6,794.80
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: $17,850.00

Total Expenses of Administration: $1,457.53

---

   3) Total gross receipts of $ 1,500.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 42.90 (see **Exhibit 2**), yielded net receipts of $1,457.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $69,408.00 | $33,362.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,411.03 | 1,411.03 | 1,457.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,850.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $87,258.00 | $34,773.90 | $1,411.03 | $1,457.53 |

4) This case was originally filed under Chapter 7 on April 30, 2008. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2012          By: /s/DEBORAH K. EBNER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer Recovery | 1241-000 | 1,500.00 |
| Interest Income | 1270-000 | 0.43 |
| **TOTAL GROSS RECEIPTS** | | **$1,500.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lisa Biffany | Per Order of 6/17/11 doc# 44 | 8100-002 | 42.90 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$42.90** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ford Credit | 4110-000 | 33,908.00 | 33,362.87 | 0.00 | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 35,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$69,408.00** | **$33,362.87** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LaSalle County Treasurer | 2820-000 | N/A | 580.95 | 580.95 | 580.95 |
| LaSalle County Clerk | 2820-000 | N/A | 781.90 | 781.90 | 781.90 |
| LaSalle County Recorder of Deeds | 2990-000 | N/A | 46.50 | 46.50 | 93.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| International Sureties | 2300-000 | N/A | | 1.34 | 1.34 | 1.34 |
| International Sureties | 2300-000 | N/A | | 0.34 | 0.34 | 0.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $1,411.03 | $1,411.03 | $1,457.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Maurices | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Charge Plus | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Premiere Card | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Marseillies Bank | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Kays Jewelers | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Jean Biffany | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joshua Biffany | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,850.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-11038  **Trustee:** (330480)   DEBORAH K. EBNER
**Case Name:** BIFFANY, LISA D.  **Filed (f) or Converted (c):** 04/30/08 (f)
  **§341(a) Meeting Date:** 06/02/08
**Period Ending:** 03/06/12  **Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Bank Accounts | 179.80 | 0.00 | | 0.00 | FA |
| 2 | Household Goods | 615.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Life insurance policy; beneficiary is daughter; | Unknown | 0.00 | | 0.00 | 0.00 |
| 5 | 401 K retirement plan from employer Circle K at | 5,800.00 | 0.00 | | 0.00 | FA |
| 6 | 2008 Dodge vehicle | 32,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2007 Ford vehicle | 30,000.00 | 0.00 | | 0.00 | FA |
| 8 | Real Estate  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 9 | Preferential Transfer Recovery  (u) | Unknown | 0.00 | | 1,500.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.43 | Unknown |
| 10 | **Assets    Totals** (Excluding unknown values) | **$68,794.80** | **$0.00** | | **$1,500.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Adversary  settled.   Real estate turned over to Trustee.  Trustee is marketing the real estate.  Trustee could not sell real estate and abandoned it to Debtor.  Final account in process

**Initial Projected Date Of Final Report (TFR):**   December 30, 2014   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Printed: 03/06/2012 12:28 AM    V.13.01

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-11038  
**Case Name:** BIFFANY, LISA D.  

**Taxpayer ID #:** **-***5200  
**Period Ending:** 03/06/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/09 | {9} | Grochocinsky and Grochocinski and Loyd | partial settlement per court order | 1241-000 | 1,500.00 | | 1,500.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 1,500.01 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,500.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,500.12 |
| 02/03/10 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11038, #016026455 | 2300-000 | | 1.34 | 1,498.78 |
| 02/24/10 | 1002 | LaSalle County Recorder of Deeds | Recording of deed at LaSalle County Recorder | 2990-000 | | 46.50 | 1,452.28 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,452.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,452.39 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 1,452.42 |
| 04/20/10 | | Wire out to BNYM account 9200******5565 | Wire out to BNYM account 9200******5565 | 9999-000 | -1,452.42 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 47.84 | 47.84 | $0.00 |
| | | | Less: Bank Transfers | | -1,452.42 | 0.00 | |
| | | | **Subtotal** | | 1,500.26 | 47.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.26** | **$47.84** | |

{} Asset reference(s)                                                                                     Printed: 03/06/2012 12:28 AM    V.13.01

Case 08-11038    Doc 46    Filed 04/13/12    Entered 04/13/12 06:26:44    Desc Main
Document       Page 7 of 7

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-11038 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | BIFFANY, LISA D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-65 - Checking Account |
| Taxpayer ID #: | **-***5200 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/06/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 1,452.42 | | 1,452.42 |
| 04/22/10 | 11003 | LaSalle County Clerk | Redemption of taxes per court order | 2820-000 | | 781.90 | 670.52 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 670.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 670.58 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 670.62 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 670.66 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 670.69 |
| 10/13/10 | | LaSalle County Treasurer | Property taxes | 2820-000 | | 580.95 | 89.74 |
| 03/13/11 | 11004 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #08-11038, # 016026455 | 2300-000 | | 0.34 | 89.40 |
| 06/23/11 | 11005 | LaSalle County Recorder of Deeds | For recording of quit claim deed<br>Voided on 12/28/11 | 2990-000 | | 46.50 | 42.90 |
| 06/23/11 | 11006 | Lisa Biffany | Per Order of 6/17/11 doc# 44 | 8100-002 | | 42.90 | 0.00 |
| 12/28/11 | 11005 | LaSalle County Recorder of Deeds | For recording of quit claim deed<br>Voided: check issued on 06/23/11 | 2990-000 | | -46.50 | 46.50 |
| 01/03/12 | 11007 | LaSalle County Recorder of Deeds | For recording of quit claim deed | 2990-000 | | 46.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,452.59 | 1,452.59 | $0.00 |
| | | | Less: Bank Transfers | | 1,452.42 | 0.00 | |
| | | | **Subtotal** | | 0.17 | 1,452.59 | |
| | | | Less: Payments to Debtors | | | 42.90 | |
| | | | **NET Receipts / Disbursements** | | **$0.17** | **$1,409.69** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****55-65** | 1,500.26 | 47.84 | 0.00 |
| **Checking # 9200-******55-65** | 0.17 | 1,409.69 | 0.00 |
| | **$1,500.43** | **$1,457.53** | **$0.00** |

{} Asset reference(s)  
Printed: 03/06/2012 12:28 AM   V.13.01